64291. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES et al. v. SULLIVAN.

BANKE, Judge.

This is an appeal by the defendants from the denial of their motion for summary judgment in an action by the plaintiff to recover certain medical insurance benefits, along with a bad-faith penalty and attorney fees. While the defendants obtained a certificate of immediate review from the trial court, they did not apply to this court for permission to bring an interlocutory appeal as required by Code Ann. § 6-701 (a) (2). The appeal must accordingly be dismissed as premature. See *Johnston-Willis Hosp., Inc. v. Cain.* 142 Ga. App. 305 (236 SE2d 374) (1977); *Bell v. Rodgers,* 158 Ga. App. 507 (281 SE2d 647) (1981).

*Appeal dismissed. McMurray, P. J., and Birdsong, J., concur.*

DECIDED June 22, 1982.

*Ronald L. Reid, Charles W. McGrady,* for appellants.
*Timothy A. Pape,* for appellee.